U.S.A. vs __David Eric Archey__  No. __08mj2115__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __7-14-08__ and ended on __7-17-08__ ; ( XM )
_____ and ended on _____ . (   )

3161(h)

- ___ (1)(A)  Exam or hrg for **mental or physical incapacity**   A
- ___ (1)(B)  **NARA exam**ination (28:2902)   B
- ___ (1)(D)  State or Federal trials or **other charges pending**   C
- ___ (1)(E)  **Interlocutory appeals**   D
- ___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)   E
- ___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)   F
- ___ (1)(J)  **Proceedings under advisement** not to exceed thirty days   G
- ___         Misc proc: Parole or prob rev, deportation, **extradition**   H
- ___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less   6
- ___ (1)(I)  Consideration by Court of **proposed plea agreement**   7
- ___ (2)     **Prosecution deferred** by mutual agreement   I
- _✓_ (3)(A)(B)  **Unavailability of defendant** or **essential witness**   (M)
- ___ (4)     Period of **mental or physical incompetence** of defendant to stand trial   N
- ___ (5)     Period of **NARA commitment or treatment**   O
- ___ (6)     **Superseding indictment and/or new charges**   P
- ___ (7)     **Defendant awaiting trial of co-defendant** when no severance has been granted   R
- ___ (8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   T
- ___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**   T1
- ___         2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
- ___ (8)(B)(ii)  2) **Case** unusual or **complex**   T2
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3
- ___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**   T4
- ___ 3161(I)  Time up to **withdrawal of guilty plea**   U
- ___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days   W

Date __7-14-08__                                    __CAB__
                                                Judge's Initials