1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Archery
7
8                  UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj2115
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 DAVID ERIC ARCHEY,               )
                                    )
15         Defendant.                )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.
20                                          Respectfully submitted,
21 Dated: July 17, 2008                      *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*
23
24
25
26
27
28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Archey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2115 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **DAVID ERIC ARCHERY,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 17, 2008                    *s/ Bridget L. Kennedy*
                                        **BRIDGET L. KENNEDY**
                                        Federal Defenders of San Diego, Inc.,
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail:bridget_kennedy@fd.org