1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Archey

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 08mj2115
                                       )
12         Plaintiff,                  )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 DAVID ERIC ARCHEY,                  )
                                       )
15         Defendant.                  )
                                       )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned.

20                                         Respectfully submitted,

21 Dated: July 22, 2008                     *s/ Bridget Kennedy*
                                            Federal Defenders of San Diego, Inc.
22                                          *bridget_kennedy@fd.org*

23

24

25

26

27

28

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Archey

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2115 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **DAVID ERIC ARCHEY,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 22, 2008                                    *s/ Bridget L. Kennedy*
                                                        **BRIDGET L. KENNEDY**
                                                        Federal Defenders of San Diego, Inc.,
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        e-mail:bridget_kennedy@fd.org