UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> David Eric Archey <br><br> Defendant(s) | CRIMINAL NO. 08mj 2115 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Mat. wit. Gilberto Flores-Arellano

DATED: 07/31/08

LOUISA S. PORTER

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by   Deputy Clerk

R. F. MESSIG